IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No.: 1:12-cv-1104 |
| MASTER SERVICE PLUMBING, INC., | ) ) ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court on the Report and Recommendation (Dkt. No. 12) of the Magistrate Judge dated December 20, 2012, recommending that default judgment be entered in favor of Plaintiff against Defendant Master Service Plumbing, Inc. No objections have been filed as of the date of this Order. The Court conducted a *de novo* review of the record in this case and hereby adopts the findings and recommendation of the Magistrate Judge. Accordingly, it is hereby

ORDERED that judgment is entered in favor of Plaintiffs against Defendant Master Service Plumbing, Inc. in the amount of $30,324.40, plus interest on delinquent withdrawal payments continuing to accrue at 3.25 percent per annum from March 9, 2013 until full payment is made.

It is further ORDERED that Defendant Master Service Plumbing, Inc. is enjoined to make all interim payments that have come due subsequent to the filing of this action and all future interim payments due pursuant to the payment schedule established by plaintiff, as required by 29 U.S.C. §§ 1339(c)(2) and 1401(d).

The Clerk of Court is directed to enter judgment against Defendant.

April 12, 2013
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge